# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OSCAR STERLING MASON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-15-1169-M ) |
| BRIAN THORNBURGH, | ) ) |
| Respondent. | ) |

## ORDER

On October 24, 2016, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action seeking a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. The Magistrate Judge recommended that petitioner's Petition [docket no. 1] be denied. The parties were advised of their right to file an objection on or before November 10, 2016. A review of the file reveals no objections have been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 17] issued by the Magistrate Judge on October 24, 2016; and

(2) DENIES petitioner's Petition for Writ of Habeas Corpus [docket no. 1].

**IT IS SO ORDERED this 13th day of December, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE